BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: BENICAR (OLMESARTAN) PRODUCT LIABILITY LITIGATION | MDL DOCKET NO. 2606 |
|---|---|

## SCHEDULE OF ACTIONS

| Caption | Civil Action Number | District Court | Judge |
|---|---|---|---|
| *Verduzco, et al. v. Daiichi Sankyo, Inc., et al.* | 4:15-cv-00159-KAW | Northern District of California | Magistrate Judge Kandis A. Westmore |

Dated: January 16, 2015        Respectfully submitted,

        */s/ Lexi J. Hazam*
        Lexi J. Hazam

Robert Nelson (State Bar No. 132797)
rnelson@lchb.com
Lexi Hazam (State Bar No. 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

        Steven W. Teppler (*pro hac vice* anticipated)
        steppler@abbottlawpa.com
        ABBOTT LAW GROUP, P.A.
        2929 Plummer Cove Road
        Jacksonville, Florida 32223
        (904) 292-1111

        *Attorneys for Plaintiffs:*
        Case No. 4:15-cv-00159: *Verduzco, et al. v. Daiichi Sankyo, Inc., et al.*, in the United States District Court for the Northern District of California